JAMES A. MARISSEN (SBN: 257699)
jmarissen@grsm.com
RACHEL A. WEITZMAN (SBN: 307076)
rweitzman@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 255-6996
Facsimile: (949) 474-2060

Attorneys for Defendants
MSC MEDITERRANEAN SHIPPING COMPANY S.A..

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, a corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MEDITERRANEAN SHIPPING COMPANY S.A., a foreign corporation; and MEDITERRANEAN SHIPPING COMPANY (USA) INC., a corporation;<br><br>Defendants. | CASE NO. 3:19-cv-2013 EMC<br><br>**STIPULATION OF DISMISSAL** |

It is hereby stipulated by and between the parties to this action through their designated counsel that the above-captioned case in its entirety be and hereby is dismissed with prejudice pursuant to FRCP41(a)(1), with each party to bear their own fees and costs.

Undersigned counsel for Defendant, James A. Marissen, certifies that all electronic signatures below have been duly authorized by signatory counsel per Local Rule 5-4.3.4(2)i.

Dated: February 26, 2020          GORDON REES SCULLY MANSUKHANI, LLP

                                  By:  */s/ James A. Marissen*
                                       James A. Marissen
                                       Rachel A. Weitzman
                                       Attorneys for Defendants
                                       MSC MEDITERRANEAN SHIPPING
                                       COMPANY S.A.

Gordon Rees Scully Mansukhani, LLP
5 Park Plaza, Suite 1100
Irvine, CA 92614

Dated: February 26, 2020    GIBSON ROBB & LINDH LLP

By: /s/ *Joshua E. Kirsch*
Joshua E. Kirsch
Attorney for Plaintiff
GREAT AMERICAN INSURANCE
COMPANY

Dated: 2/27/2020



GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA